LAURA E. DUFFY
United States Attorney
MICHAEL P. RUNNING, JR.
Special Assistant U.S. Attorney
California State Bar No. 146450
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
Email: michael.p.running@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '12CV0338 WQHBLM |
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | |
| MISCELLANEOUS COMPONENTS OF INDOOR PLANT CULTIVATION EQUIPMENT, | |
| WHIRLWIND COTTON CANDY MACHINE, | |
| Defendants. | |

By way of complaint against the defendants, Miscellaneous Components of Indoor Plant Cultivation, to wit: 8 high voltage light hoods; 8 ballasts; 1 CO2 generator; 1 two stage water filter; and 1 charcoal canister filter, and one Whirlwind Cotton Candy Machine, (hereinafter "defendant properties") the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendant properties were found within this district.

3. On September 13, 2011, a California Highway Patrol officer responded to a residence on Dos Picos Park Road in Ramona, California in response to a call about a stolen mobile light stand generator. The officer found the generator on the property next to the barn and called the San Diego

USAO2011v00681:MPR:tlr

County Sheriff's Department for assistance. A deputy sheriff arrived to assist and noticed the strong odor of marijuana coming from the barn. The deputy also noticed an under ground water line leading into the barn, that the barn windows had insulation covering them, and that the door to the barn had a combination lock on it and a security alarm system.

4.  The deputy contacted the resident of the property, Benjie Wyatt, and asked him what was in the barn. Wyatt said that he had a marijuana grow in the barn.

5.  San Diego County Integrated Narcotic Task Force (NTF) Officers came to the location and contacted Wyatt. Wyatt gave them consent to search the barn and property, unlocked the barn, and described how to disarm the alarm.

6.  Inside the barn on the left side in the first horse stall were five empty grow trays: two four foot by four foot trays; one four foot by eight foot tray; and two four foot by twelve foot trays. On the right side of the barn in the second horse stall were several stacks of two stage blue and black colored five gallon grow buckets. This stall also contained a large bag of grow rock and a multi flow hydroponic system.

7.  The rear center of the room contained a wooden floor with a house type door in the center. The left side of the door contained a shelf with different types of nutrients. On the wall to the left of the door was an exhaust filter built into the wall and to the left of the exhaust filter was a white colored fifty five gallon reservoir. To the left of the reservoir was a wall divider. On the other side of the wall divider was were two additional white colored fifty five gallon reservoirs and a two stage water filter system. To the left of the filter system was an air conditioning unit. On the side wall facing the two reservoirs was an electrical sub panel unit with exposed electrical wires leading to the next room where the air conditioning unit was attached.

8.  In the rear center room of the rear barn area was a hand written note on the wall with the following writing "1lb = 454 g 16oz 1/4 lb = 114g 1oz = 28.5 g TRIM RATES .43 Per Gram $12.00 per oz $200.00 per 1b".

9.  To the right of the center room was a refrigerator containing numerous empty glass mason jars, a digital scale, and a notebook containing several medical marijuana recommendations in different names.

10.     The back room of the barn contained a large cotton candy bowl on a Whirlwind cotton candy machine. The bowl contained a brownish colored residue that tested positive for the presence of marijuana. On the ground next to the cotton candy machine was a box containing approximately thirty containers of cotton candy mixed with marijuana in various colors and flavors. The room also contained an exhaust fan attached to the wall, several air coolers, tomato type cages, house hold type fans, and ducting type equipment.

11.     The two rooms located to the left rear of the barn contained growing marijuana. The first room contained approximately 35 marijuana plants ranging in height from two feet to four feet and appeared to be a cloning room as the larger plants were missing some branches. The marijuana plants were illuminated by four, four by four florescent type grow lights. The room was being cooled by a household type fan and an air conditioner unit. The room also contained a small fold up table that contained several empty starter cloning type grow trays. On the wall was a list of directions for the clone mix and how to transfer the clones from the cloning tray into pots. The second room contained approximately 65 marijuana plants ranging in height from three to five feet. The marijuana plants were in the flowering stage and were in orange colored plastic five gallon buckets containing a vermiculite type growing medium. The marijuana plants were illuminated by eight high pressure sodium halide lights that were inner connected by flexible tubing connected to an exhaust fan. The room also contained a charcoal type cannister filter, an air conditioning unit, a $CO_2$ generator, and a house hold type fan.

12     The officers seized 8 high voltage light hoods; 8 ballasts; 1 $CO_2$ generator; 1 two stage water filter; and 1 charcoal canister filter from the barn because these items were being used to grow marijuana plants.

13.     The office area of Wyatt's residence contained a box with approximately 17 containers of various colors and flavors of cotton candy mixed with marijuana. The office area also contained packaging material which included empty containers marked Medi-Puff cotton candy, small plastic vials, and empty plastic bags labeled cotton candy. The office also contained numerous documents that appeared to be invoices from Wyatt to different people who purchased Medi-Puff cotton candy.

//

3

14. A subsequent check of the internet led to the discovery of the website "www.medi-puff.com" which listed marijuana cotton candy with twelve different flavors which were consistent with the marijuana cotton candy seized in Wyatt's barn. The web site had a price list containing the following prices: a four pack for $26.00; an eight pack for $52.00; a sixteen pack for $175.00; a 64 pack for $416.00; and a display stand for $24.00. The website was consistent with the Medi-Puff items seized from Wyatt's residence.

15. Wyatt admitted making marijuana cotton candy by taking about ½ cup keif (concentrated marijuana) and a cup of the cotton candy mixture.

16. Based on the NTF officers training and experience, the marijuana plants were being grown for the purpose of sales and the marijuana from those plants was also being made into marijuana cotton candy. The 8 high voltage light hoods; 8 ballasts; 1 $CO_2$ generator; 1 two stage water filter; and 1 charcoal canister filter seized from the barn and the Whirlwind cotton candy machine were being used to facilitate the cultivation and distribution of marijuana which was evidenced by their use in an active marijuana grow.

17. Wyatt is charged with violating California Health and Safety Code Sections 11358 and 11359, Cultivation of Marijuana and Possession of Marijuana for Sale, in the Superior Court of the State of California, County of San Diego.

18. On and/or prior to September 13, 2011, the defendant properties were used or intended to be used to facilitate narcotics trafficking activities in violation of Title 21 of the United States Code, Section 881.

19. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant properties are subject to forfeiture pursuant to Title 21, United States Code, Sections 881(a)(2) and 881(a)(9).

20. The defendant properties are presently stored within the jurisdiction of this Court.

21. The value of the Miscellaneous Components of Indoor Plant Cultivation is approximately $4,258.10.

//

//

22. The value of the Whirlwind cotton candy machine is approximately $3,500.00.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant properties, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: February 8, 2012

                              LAURA E. DUFFY
                              United States Attorney

                              s/Michael P. Running, Jr.

                              MICHAEL P. RUNNING, JR.
                              Special Assistant U.S. Attorney

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Miscellaneous Components of Indoor Plant Cultivation Equipment, et al.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
SAUSA Michael P. Running, Jr., Phone: (619) 557-5979
USAO 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)
'12CV0338 WQHBLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- [X] 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
21 U.S.C. Section 881

Brief description of cause:
narcotics trafficking

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions:) JUDGE _____ DOCKET NUMBER _____

DATE: 02/08/2012
SIGNATURE OF ATTORNEY OF RECORD: s/Michael P. Running, Jr.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____